THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest Of: 
Anthony Terrell S.,        Appellant.
 
 
 

Appeal From Florence County
Wylie H. Caldwell, Jr., Family Court 
 Judge

Unpublished Opinion No. 2003-UP-660
Submitted September 17, 2003  Filed 
 November 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Anthony Terrell S. appeals 
 his guilty plea to assault and battery of a high and aggravated nature.  Counsel 
 for Anthony attached to the final brief a petition to be relieved as counsel.  
 Anthony did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Anthonys 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.